UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. STANISIC,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 14-cv-03744-SI

**ORDER RE: SERVICE**

    Plaintiff filed an Application to Proceed *In Forma Pauperis* which the Court granted. Docket No. 4. The Clerk of Court shall issue the summons. The U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant(s).

**IT IS SO ORDERED.**

Dated: 3/2/15

SUSAN ILLSTON
United States District Judge