UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. STANISIC,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>    Defendant. | Case No. 14-cv-03744-SI<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION** |

Plaintiff has requested a thirty day extension to file his response to defendant's motion to dismiss. The request is GRANTED. Plaintiff's response is due **July 24, 2015**.

The Court encourages plaintiff to seek support from the Legal Help Desk, if needed. Help Desks are located at the San Francisco and Oakland Courthouses and assistance is available by appointment. The San Francisco Help Desk is located at 450 Golden Gate Ave., 15th Floor, Room 2796 San Francisco, CA 94102. The Oakland Help Desk is located at 1301 Clay Street, 4th Floor, Room 470S Oakland, CA 94612. To make an appointment, call: (415)782-8982.

**IT IS SO ORDERED.**

Dated: June 24, 2015

_____
SUSAN ILLSTON
United States District Judge