UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH J. STANISIC,

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

Case No. 14-cv-03744-SI

**JUDGMENT**

Plaintiff's motion for remand has been DENIED and defendant's cross-motion for summary judgment has been GRANTED. Judgment in favor of defendant is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 17, 2015

_____
SUSAN ILLSTON
United States District Judge