UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH J. STANISIC,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-07176-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Susan Illston for consideration of whether the case is related to *Stanisic v. Colvin*, Case No. 14-cv-03744-SI.

**IT IS SO ORDERED.**

Dated: December 21, 2017

_____
WILLIAM H. ORRICK
United States District Judge